# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

156849(89)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAFAELI, LLC, and ANDRE OHANESSIAN,
    Plaintiffs-Appellants,

v

                                   SC: 156849
                                   COA: 330696

OAKLAND COUNTY and ANDREW MEISNER,   Oakland CC: 2015-147429-CZ
    Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Lawrence G. Salzman to appear and practice in this case under MCR 8.126(A) is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019              

                                      Clerk